B6F (Official Form 6F) (12/07)

In re   **WINSTON FITZGERALD MORGAN**                    ,                Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 542418086355... <br> CITI CARDS/CITIBANK <br> PO BOX 6241 <br> SIOUX FALLS SD 57117 | | | 2003-12 <br> CONSUMER PURCHASES | | | | 12,391.00 |
| ACCOUNT NO. 601917033856... <br> GECRB/PC RICHARD <br> C/O PO BOX 965036 <br> ORLANDO FL 32896 | | | 2012 <br> CONSUMER PURCHASES | | | | 255.00 |
| ACCOUNT NO. 410259304... <br> MACYS <br> PO BOX 8218 <br> MASON OH 45040 | | | 2001-12 <br> CONSUMER PURCHASES | | | | 1,762.00 |
| ACCOUNT NO. 4658405... <br> PAUL MICHAEL MARKETING S <br> 15916 UNION TPKE STE 302 <br> FLUSHING NY 11366 | | | 2006-07 <br> MEDICAL SERVICES <br> ORIGINAL CREDITOR: SUNRISE MEDICAL LABS | | | | 382.00 |

_1_  Continuation sheets attached

Subtotal  ➤  $ **14,790.00**

Total  ➤  $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **WINSTON FITZGERALD MORGAN**                    Case No. _____
                          Debtor                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **232545A438** <br> **UNIVERSITY OPHTHALMIC CONSULTANTS** <br> **PO BOX 27062** <br> **NEW YORK NY 10087-7062** | | | **2012** <br> **MEDICAL SERVICES** | | | | **40.00** |

_1_ Continuation sheets attached

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **40.00**

Total ➢ $ **14,830.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)